*H. P. Baya,* for Appellee.

---

W. J. Hawkins, Plaintiff in Error, v. Seaboard Air Line Railway Company, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Hillsborough.

Writ of Error dismissed on motion of counsel for plaintiff in error.

*H. S. Hampton, Fred J. Hampton* and *G. P. McCord,* for Plaintiff in Error;

*Knight, Thompson & Turner,* for Defendant in Error.

---

Leonora Jackson, et al., Appellants, v. Grace Gaulden, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Duval.

Appeal dismissed on motion of counsel for appellee.

*H. L. Anderson,* for Appellants;

*J. T. G. Crawford,* for Appellee.